# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **ESTHER TWOHILL,** Individually and on Behalf of All Others Similarly Situated, | JURY DEMAND |
| Plaintiff, | |
| vs. | Case no.: 3:17−cv−00284 |
| **FIRST ACCEPTANCE CORPORATION and FIRST ACCEPTANCE INSURANCE COMPANY, INC.** | Judge William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |
| Defendants. | |

## FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

After having fully and carefully reviewed Plaintiffs' Unopposed Motion for Settlement Approval and the Parties' Settlement Agreement (Doc. 118), the Court hereby ENTERS FINAL JUDGMENT and ORDERS that:

1. The Settlement Agreement is APPROVED as a fair, equitable, and reasonable resolution of a *bona fide* dispute on the claims and FLSA provisions at issue in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

2. The formula for allocation of settlement payments set forth in the Settlement Agreement is APPROVED as a fair, equitable, and reasonable measure for distributing the settlement payment to FLSA Collective Members;

3. All individuals who have filed consents to join this action as parties plaintiff prior to the date of entry of this Order are hereby deemed to fully and unconditionally waive and release

any and all Released Claims (as that term is defined in the Settlement Agreement) against any and all Released Parties (as that term is defined in the Settlement Agreement), as more fully set forth in the Settlement Agreement.

4. The attorneys' fees and costs outlined in the settlement agreement are APPROVED; and Defendants are hereby ORDERED to pay in accordance with and subject to the terms of the Settlement Agreement.

Accordingly, this Court enters JUDGMENT in accordance with this Order and in accordance with the terms of the Settlement Agreement. This case is DISMISSED WITH PREJUDICE, with all costs borne in accordance with the Settlement, and the Court retaining continuing jurisdiction as set forth herein.

SO ORDERED this __10th__ day of __March__, 2020.

_____
Judge William L. Campbell Jr.